UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

838251
PHELAN HALLINAN DIAMOND & JONES, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
Attorneys for Secured Creditor: LAKEVIEW LOAN SERVICING, LLC

Order Filed on June 25, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

HERTELOU P. JEAN

Case No: 20-15555 - MBK

Hearing Date: 06/16/2020

Judge: MICHAEL B KAPLAN

# CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

The consent order set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: June 25, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**NJID 838251**
PHELAN HALLINAN DIAMOND & JONES, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
<u>Attorneys for LAKEVIEW LOAN SERVICING, LLC</u>

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

    HERTELOU P. JEAN            CASE NO. 20-15555 - MBK

                                                                  CHAPTER 13

    Debtor                                      CONSENT ORDER RESOLVING
                                                                    OBJECTION TO CONFIRMATION

                                                                    HEARING DATE: 06/16/2020

    This Consent Order pertains to the property located at 614 PROSPECT AVENUE, ASBURY PARK, NJ 07712-6328, mortgage account ending with "5282";

    THIS MATTER having been brought before the Court by, ANDREW T ARCHER, Esquire attorney for debtor, HERTELOU P. JEAN upon the filing of a Chapter 13 Plan, LAKEVIEW LOAN SERVICING, LLC by and through its attorneys, Phelan Hallinan Diamond & Jones, PC having filed an Objection to the Confirmation of said Chapter 13 Plan and the parties having subsequently resolved their differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for other and good cause shown:

    IT IS on the                day of                   , 2020, ORDERED as follows:

    1.     The Debtor's plan is hereby amended to allow **$27,798.29** to be paid to LAKEVIEW LOAN SERVICING, LLC. Said amount reflects that found on LAKEVIEW LOAN SERVICING, LLC's Proof of Claim #3.

    2.     If required by the Chapter 13 Trustee, Debtor agrees to amend their Chapter 13 Plan post-confirmation to provide for the arrears listed in LAKEVIEW LOAN SERVICING, LLC's allowed secured proof of claim.

    3.     Debtor acknowledge that the monthly post-petition mortgage payment amount is subject to change in accordance with the terms of the note and mortgage.

      4.      This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

The undersigned hereby consent to the form,
Content and entry of the within Order:

PHELAN HALLINAN DIAMOND & JONES, PC
Attorneys for Secured Creditor:
LAKEVIEW LOAN SERVICING, LLC

/s/ Robert J. Davidow
Robert J. Davidow, Esq.
Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
Tel: 856-813-5500 Ext. 47960
Fax: 856-813-5501
Email: Robert.Davidow@phelanhallinan.com

                    Dated: 06/11/2020

/s/ Kenneth J. Borger          Dated: 06/12/2020
KENNETH J. BORGER, Esquire
Attorney for debtor